%AO 121 (6/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION<br>U.S. District Court for the Eastern District of Virginia<br>401 Courthouse Square<br>Alexandria, VA 22314 | |
|---|---|---|
| DOCKET NO.<br>1:15-cv-564 | DATE FILED<br>4/29/2015 | |
| PLAINTIFF<br>Malibu Media, LLC | DEFENDANT<br>John Does subscriber assigned IP address 173.79.137.69 | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Attached | See Attached | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Copyrights-In-Suit for IP Address 173.79.137.69

**ISP:** Verizon Online, LLC
**Location:** Sterling, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Spread Wide Open | PA0001932115 | 02/11/2015 | 02/17/2015 | 03/07/2015 |
| Best Friends With Benefits | PA0001935102 | 03/07/2015 | 03/11/2015 | 03/07/2015 |
| Thunderstorm Love | PA0001909507 | 08/13/2014 | 08/26/2014 | 02/22/2015 |
| A Dream Of You | PA0001909516 | 08/15/2014 | 08/26/2014 | 02/21/2015 |
| A Little Time For Myself | PA0001877474 | 01/28/2014 | 01/31/2014 | 02/21/2015 |
| A Perfect Match | PA0001862419 | 09/11/2013 | 09/12/2013 | 02/21/2015 |
| A Thought Of You | PA0001907104 | 07/13/2014 | 07/25/2014 | 02/21/2015 |
| Afterthoughts | PA0001909479 | 08/10/2014 | 08/19/2014 | 02/21/2015 |
| All About Anna | PA0001886195 | 03/25/2014 | 04/02/2014 | 02/21/2015 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 02/21/2015 |
| Almost Famous | PA0001864687 | 09/27/2013 | 09/30/2013 | 02/21/2015 |
| And Then There Was You | PA0001874615 | 12/31/2013 | 01/05/2014 | 02/21/2015 |
| Angelica means Angel | PA0001909782 | 08/20/2014 | 08/26/2014 | 02/21/2015 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 02/21/2015 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 02/21/2015 |
| Baby Blues | PA0001867887 | 10/30/2013 | 11/03/2013 | 02/21/2015 |
| Barely Fits | PA0001928412 | 01/03/2015 | 01/19/2015 | 02/21/2015 |
| Beautiful Girl | PA0001909784 | 08/25/2014 | 08/26/2014 | 02/21/2015 |
| Bedtime Hijinks | PA0001912776 | 09/01/2014 | 09/17/2014 | 02/21/2015 |
| Black and White | PA0001831226 | 02/22/2013 | 03/07/2013 | 02/21/2015 |
| Blindfold Me Part #2 | PA0001867890 | 11/03/2013 | 11/06/2013 | 02/21/2015 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Blonde Perfection | PA0001926061 | 12/10/2014 | 12/29/2014 | 02/21/2015 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 02/21/2015 |
| Bohemian Rhapsody | PA0001867584 | 10/23/2013 | 10/25/2013 | 02/21/2015 |
| Brazilian Love Affair | PA0001895095 | 05/03/2014 | 05/12/2014 | 02/21/2015 |
| Breakfast At Eves | PA0001909480 | 08/06/2014 | 08/26/2014 | 02/21/2015 |
| Call Me Fox | PA0001921291 | 10/22/2014 | 11/06/2014 | 02/21/2015 |
| Cat Fight | PA0001916043 | 09/26/2014 | 10/06/2014 | 02/21/2015 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 02/21/2015 |
| Come Close | PA0001905140 | 06/23/2014 | 06/30/2014 | 02/21/2015 |
| Come Inside From the Cold | PA0001862484 | 09/12/2013 | 09/18/2013 | 02/21/2015 |
| Creamy | PA0001874617 | 01/02/2014 | 01/05/2014 | 02/21/2015 |
| Cum In Get Wet | PA0001923948 | 11/26/2014 | 12/08/2014 | 02/21/2015 |
| Cut Once More Please | PA0001905491 | 07/01/2014 | 07/02/2014 | 02/21/2015 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 02/21/2015 |
| Deep Down In Me | PA0001922955 | 11/13/2014 | 11/18/2014 | 02/21/2015 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 02/21/2015 |
| Double Daydreams | PA0001869246 | 11/13/2013 | 11/21/2013 | 02/21/2015 |
| Dripping Desires | PA0001918737 | 10/17/2014 | 10/22/2014 | 02/21/2015 |
| Early Morning Orgasm | PA0001914536 | 09/07/2014 | 09/16/2014 | 02/21/2015 |
| East Meets West | PA0001926088 | 12/23/2014 | 12/29/2014 | 02/21/2015 |
| Elevated Erotica | PA0001909513 | 08/17/2014 | 08/26/2014 | 02/21/2015 |
| Enjoy the Ride | PA0001926086 | 12/18/2014 | 12/29/2014 | 02/21/2015 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 02/21/2015 |
| Fantasy Come True | PA0001874629 | 12/19/2013 | 12/26/2013 | 02/21/2015 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 02/21/2015 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Fashion Models | PA0001838599 | 04/19/2013 | 04/28/2013 | 02/21/2015 |
| Feeling Frisky | PA0001880671 | 02/22/2014 | 02/27/2014 | 02/21/2015 |
| First Time | PA0001926092 | 12/13/2014 | 12/29/2014 | 02/21/2015 |
| For Your Eyes Only | PA0001909485 | 08/11/2014 | 08/19/2014 | 02/21/2015 |
| Forever You Part #1 | PA0001923965 | 11/23/2014 | 12/08/2014 | 02/21/2015 |
| Forever You Part #2 | PA0001923966 | 11/30/2014 | 12/08/2014 | 02/21/2015 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 02/21/2015 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 02/21/2015 |
| Fucking Ballerinas | PA0001928404 | 01/17/2015 | 01/19/2015 | 02/21/2015 |
| Get Wild at Home | PA0001877470 | 01/22/2014 | 01/31/2014 | 02/21/2015 |
| Give Me More | PA0001904311 | 06/17/2014 | 06/24/2014 | 02/21/2015 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 02/21/2015 |
| Grow Up With Me | PA0001866185 | 10/17/2013 | 10/19/2013 | 02/21/2015 |
| Happy Birthday Capri | PA0001846087 | 05/24/2013 | 06/17/2013 | 02/21/2015 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 02/21/2015 |
| Highrise Rendezvous | PA0001908213 | 07/25/2014 | 07/31/2014 | 02/21/2015 |
| Hot Brunettes | PA0001865957 | 10/03/2013 | 10/06/2013 | 02/21/2015 |
| I Want to Tell You | PA0001872082 | 11/27/2013 | 12/04/2013 | 02/21/2015 |
| I Want You To Want Me | PA0001925335 | 12/06/2014 | 12/10/2014 | 02/21/2015 |
| I Will See You In The Morning | PA0001874746 | 01/14/2014 | 01/15/2014 | 02/21/2015 |
| In Charge | PA0001865956 | 10/04/2013 | 10/06/2013 | 02/21/2015 |
| In Love with a Girl | PA0001866052 | 10/11/2013 | 10/16/2013 | 02/21/2015 |
| In the blind | PA0001909487 | 08/08/2014 | 08/20/2014 | 02/21/2015 |
| In The Dark | PA0001908451 | 07/31/2014 | 08/04/2014 | 02/21/2015 |
| It Is a Fine Line | PA0001880437 | 02/15/2014 | 02/21/2014 | 02/21/2015 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Just Watch | PA0001898092 | 05/22/2014 | 06/06/2014 | 02/21/2015 |
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 02/21/2015 |
| Knock On My Door | PA0001895763 | 05/09/2014 | 05/16/2014 | 02/21/2015 |
| Let Me Take Your Picture | PA0001862486 | 09/14/2013 | 09/18/2013 | 02/21/2015 |
| Light My Fire | PA0001923961 | 11/28/2014 | 12/08/2014 | 02/21/2015 |
| Listen To Me Cum | PA0001908211 | 07/19/2014 | 07/31/2014 | 02/21/2015 |
| Lonesome Without You | PA0001887108 | 04/03/2014 | 04/07/2014 | 02/21/2015 |
| Lost In My Own Moment | PA0001877253 | 01/20/2014 | 01/26/2014 | 02/21/2015 |
| Lovers at Home | PA0001868816 | 11/05/2013 | 11/10/2013 | 02/21/2015 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 02/21/2015 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 02/21/2015 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 02/21/2015 |
| Move with Me | PA0001878980 | 02/11/2014 | 02/13/2014 | 02/21/2015 |
| My Naughty Girl | PA0001868094 | 10/28/2013 | 11/01/2013 | 02/21/2015 |
| Nice and Slow | PA0001916038 | 09/28/2014 | 10/06/2014 | 02/21/2015 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 02/21/2015 |
| One Show For Each | PA0001921295 | 10/26/2014 | 11/06/2014 | 02/21/2015 |
| Only The Lonely | PA0001906563 | 07/07/2014 | 07/15/2014 | 02/21/2015 |
| Paint Me Beautiful | PA0001908674 | 08/04/2014 | 08/11/2014 | 02/21/2015 |
| Paint Me White | PA0001909785 | 08/24/2014 | 08/26/2014 | 02/21/2015 |
| Play Me | PA0001847659 | 06/14/2013 | 06/30/2013 | 02/21/2015 |
| Playing Dress Up | PA0001874742 | 01/12/2014 | 01/15/2014 | 02/21/2015 |
| Precious Metal | PA0001908248 | 07/27/2014 | 07/31/2014 | 02/21/2015 |
| Pretty Bad Girl | PA0001909504 | 08/14/2014 | 08/26/2014 | 02/21/2015 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 02/21/2015 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Queen of Hearts | PA0001914720 | 09/17/2014 | 09/22/2014 | 02/21/2015 |
| Raw Passion | PA0001860979 | 08/18/2013 | 09/02/2013 | 02/21/2015 |
| Risky Business | PA0001878455 | 02/01/2014 | 02/18/2014 | 02/21/2015 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 02/21/2015 |
| Santas Little Helper | PA0001874520 | 12/23/2013 | 12/30/2013 | 02/21/2015 |
| Saturday Eve | PA0001909511 | 08/18/2014 | 08/26/2014 | 02/21/2015 |
| Secret Weapon | PA0001846098 | 05/12/2013 | 06/11/2013 | 02/21/2015 |
| Serving Seduction | PA0001916704 | 10/08/2014 | 10/09/2014 | 02/21/2015 |
| Sexy and Wild | PA0001914530 | 09/15/2014 | 09/16/2014 | 02/21/2015 |
| Smarty Pants | PA0001912774 | 08/28/2014 | 09/17/2014 | 02/21/2015 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 02/21/2015 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 02/21/2015 |
| Spellbound | PA0001922954 | 11/15/2014 | 11/18/2014 | 02/21/2015 |
| Strawberry Morning | PA0001926089 | 12/27/2014 | 12/29/2014 | 02/21/2015 |
| Submissive Seduction | PA0001878420 | 02/07/2014 | 02/13/2014 | 02/21/2015 |
| Sunset Memories | PA0001921296 | 10/31/2014 | 11/06/2014 | 02/21/2015 |
| Sweet Dreamers | PA0001883771 | 03/09/2014 | 03/24/2014 | 02/21/2015 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 02/21/2015 |
| Taste Me | PA0001912773 | 08/27/2014 | 09/17/2014 | 02/21/2015 |
| Tease Me Please Me | PA0001926095 | 12/20/2014 | 12/29/2014 | 02/21/2015 |
| The Journey | PA0001865603 | 10/07/2013 | 10/09/2013 | 02/21/2015 |
| The Young and the Restless | PA0001843111 | 05/05/2013 | 05/15/2013 | 02/21/2015 |
| They Meet Again | PA0001866049 | 10/11/2013 | 10/16/2013 | 02/21/2015 |
| They Only Look Innocent | PA0001877471 | 01/24/2014 | 01/31/2014 | 02/21/2015 |
| They Seem so Sweet | PA0001904151 | 06/15/2014 | 06/19/2014 | 02/21/2015 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| This Really Happened | PA0001860970 | 08/03/2013 | 09/01/2013 | 02/21/2015 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 02/21/2015 |
| Tiffanys Tight Ass | PA0001912772 | 08/30/2014 | 09/17/2014 | 02/21/2015 |
| Tight and Wet | PA0001923176 | 11/19/2014 | 11/23/2014 | 02/21/2015 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 02/21/2015 |
| Undress Me | PA0001869238 | 11/15/2013 | 11/21/2013 | 02/21/2015 |
| Unveiling Part #2 | PA0001866188 | 10/15/2013 | 10/19/2013 | 02/21/2015 |
| Wake Me Up | PA0001887105 | 04/01/2014 | 04/07/2014 | 02/21/2015 |
| Yours Forever | PA0001907573 | 07/15/2014 | 07/25/2014 | 02/21/2015 |

**Total Malibu Media, LLC Copyrights Infringed: 130**